IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NOREEN A. MCCORMICK,

    Plaintiff,

v.

ANDREW SAUL, Commissioner of Social Security,

    Defendant.

Case No. 3:20-CV-00553-NJR

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision, **IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order of August 9, 2021 (Doc. 33), the Commissioner's final decision denying Plaintiff's application for disability insurance benefits is **REVERSED** and **REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

DATED:  August 9, 2021

                                                   MARGARET M. ROBERTIE,
                                                   Clerk of Court

                                                   By:  s/ *Deana Brinkley*
                                                             Deputy Clerk

APPROVED:  _____
                     **NANCY J. ROSENSTENGEL**
                     **Chief U.S. District Judge**